UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALICE RADEN and BOBBIE MOORE
individually and on behalf of all others
similarly situated,

        Plaintiffs,

v.

MARTHA STEWART LIVING
OMNIMEDIA, INC., a Delaware
corporation and MEREDITH
CORPORATION, an Iowa corporation,
Defendant.
_____/

Case No.: 16-cv-12808

Hon. Linda V. Parker

### STIPULATED ORDER TO EXTEND TIME FOR DEFENDANT MEREDITH CORPORATION TO RESPOND TO COMPLAINT

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys for plaintiffs Alice Raden and Bobbie Moore ("Plaintiffs") and defendant Meredith Corporation ("Defendant") as follows:

1. Plaintiffs filed their Complaint on July 31, 2016 (the "Complaint").

2. The Parties have agreed that, subject to Court approval, Defendant Meredith Corporation's time to move, answer, or otherwise respond to the Complaint be, and hereby is, extended to and including Monday, September 26,

2016.

**IT IS SO ORDERED.**

                                                                    s/ Linda V. Parker  
                                                                    LINDA V. PARKER  
                                                                    U.S. DISTRICT JUDGE

Dated: August 12, 2016

STIPULATED AND AGREED:

| | |
|---|---|
| /s/ Robert M. Jackson (P40723) | /s/ Ari J. Scharg |
| Honigman Miller Schwartz | Edelson P.C. |
| and Cohn LLP | 350 North LaSalle Street, Suite 1300 |
| 660 Woodward Avenue | Chicago, Illinois 60654 |
| 2290 First National Building | Tel: 312.589.6370 |
| Tel: (313) 465-7430 | ascharg@edelson.com |
| RJackson@honigman.com | |
| | Henry M. Scharg (P28804) |
| | hmsattyatlaw@aol.com |
| COUNSEL FOR DEFENDANT | Law Office of Henry M. Scharg |
| MEREDITH CORPORATION | 718 Ford Building |
| | Detroit, Michigan 48226 |
| | Tel: (248) 596-1111 |
| | |
| | COUNSEL FOR PLAINTIFFS AND |
| | PUTATIVE CLASS |

Dated: August 12, 2016