# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| ALICE RADEN and BOBBIE MOORE, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> MARTHA STEWART LIVING OMNIMEDIA, INC., a Delaware corporation, and MEREDITH CORPORATION, an Iowa corporation. <br><br> Defendants. | Case No.: 16-cv-12808 <br><br> Honorable Linda Parker |

## STIPULATED ORDER TO EXTEND TIME FOR DEFENDANT MARTHA STEWART LIVING OMNIMEDIA, INC. TO RESPOND TO COMPLAINT

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned attorneys for plaintiffs Alice Raden and Bobbie Moore ("Plaintiffs") and defendant Martha Stewart Living Omnimedia, Inc. ("Defendant") as follows:

1. Plaintiffs filed their Complaint on July 31, 2016 (the "Complaint").

2. The Parties have agreed that, subject to Court approval, Defendant Martha Stewart Living Omnimedia, Inc.'s time to move, answer, or otherwise respond to the Complaint be, and hereby is, extended to and including Monday, September 26, 2016.

**IT IS SO ORDERED.**

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: August 24, 2016

**STIPULATED AND AGREED:**

By: /s/ Ben Thomassen
Edelson P.C.
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Telephone: 312-572-7208
bthomassen@edelson.com

By: /s/ Henry M. Scharg
Henry M. Scharg (P28804)
hmsattyatlaw@aol.com
Law Office of Henry M. Scharg
718 Ford Building
Detroit, Michigan 48226
Telephone: 248-596-1111

*Counsel for Plaintiffs and Putative Class*

Dated: August 24, 2016

By: /s/ Andrew Harris (P2265)
Kitch Drutchas Wagner Valitutti & Sherbrook
One Woodward Avenue, Suite 2400
Detroit, Michigan  48226-5485
Telephone:  313- 965-7991
andrew.harris@kitch.com

*Counsel for Defendant Martha Stewart Living Omnimedia, Inc.*