# INDEX OF EXHIBITS

**EXHIBIT A:  S.B. 490, 98th Leg. Reg. Sess. (Mich. 2016)**

**EXHIBIT B:  33 Jour. of Mich. Senate, 98th Legis., Apr. 12, 2016**

**EXHIBIT C:  Scharg Testimony**