UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALICE RADEN, et al

     Plaintiff,

                              Case No. 16-12808

v.                              Honorable Linda V. Parker

MARTHA STEWART LIVING OMNIMEDIA, INC., et al

     Defendant.

_____/

## NOTICE TO APPEAR FOR CASE MANAGEMENT STATUS AND SCHEDULING CONFERENCE

**YOU ARE NOTIFIED TO APPEAR BY TELEPHONE ON August 31th, 2017 at 11:00 AM** for a Case Management Status and Scheduling Conference. **Counsel shall call the Court's toll free conference line at 1-888-808-6929 and use Access Code 8141695.**

Counsel shall comply with Fed. R. Civ. Proc. Rule 26(f) and submit to the Court a joint discovery plan **no later than 3 business days before the conference**. In addition to the contents required under Rule 26(f), the joint discovery plan shall contain a case summary that:

- Summarizes the background of the action, the principal factual and legal issues for both sides, and the relief sought by the plaintiff(s);

- Outlines the proposed discovery and proposes an appropriate management plan, including a schedule setting discovery cut-off and trial dates; and

- Describes any outstanding or anticipated discovery disputes, the bases for any objections, and any anticipated motions, including dispositive motions

The proposed discovery plan and case summary **<u>shall</u> be filed with the Court**.

Please be prepared to discuss the following, when relevant, at the Scheduling

Conference:

1. The issues and narrowing the issues;
2. Subject matter jurisdiction;
3. Relationship to other cases;
4. Necessity of amendments to pleadings, additional parties, third-party complaints, etc.;
5. Settlement, including alternative dispute resolution;
6. Progress of discovery (counsel are instructed to commence significant discovery prior to the conference);
7. Issues which may appropriately be resolved by motion; and
8. Estimated trial length

Where applicable, the Court directs counsel to discuss case evaluation (formerly

"mediation") with their clients, and the prospect of obtaining authority to stipulate to be

bound by the provisions of Mich. Ct. R. 2.403, including the section dealing with

sanctions.  Where case evaluation is not applicable, the Court directs counsel to

discuss alternative methods of settlement (e.g., facilitation) with their clients.


Dated: July 20, 2017                              s/Linda V. Parker
                                                  U.S. DISTRICT JUDGE

### Certificate of Service

I hereby certify that on this date, July 20, 2017, a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                                  s/Richard Loury
                                                  Case Manager
                                                  (810) 341-7064