UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALICE RADEN, et al

        Plaintiff(s),

v.                          Case No. 16-12808
                              Honorable Linda V. Parker

MARTHA STEWART LIVING OMNIMEDIA, INC., et al

        Defendant(s).
_____/

## ORDER REQUIRING RESPONSIVE PLEADING

Plaintiffs filed a Motion for Partial Reconsideration on August 7, 2017 [ECF No. 27].

**IT IS HEREBY ORDERED** that defendant Martha Stewart Living Omeimedia, Inc., shall file a response to the motion on or before August 29, 2017.

                                            S/ Linda V. Parker
                                            LINDA V. PARKER
                                            U.S. DISTRICT JUDGE

Dated: August 15, 2017

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, August 15, 2017, by electronic and/or U.S. First Class mail.

                                            S/ R. Loury
                                            Case Manager