IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ALICE RADEN and BOBBIE MOORE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MARTHA STEWART LIVING OMNIMEDIA, INC., a Delaware corporation, and MEREDITH CORPORATION, an Iowa corporation,<br><br>Defendant. | Case No. 4:16-cv-12808<br><br>Hon. Linda V. Parker |

**NOTICE IS HEREBY GIVEN** that effective February 26, 2018, Eve-Lynn J. Rapp, Ari J. Scharg, Benjamin S. Thomassen, and Schuyler R. Ufkes of Edelson PC, counsel for Plaintiffs Alice Raden and Bobbie Moore in the above-captioned case, have changed their address to:

EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654

Their telephone numbers and email addresses remain unchanged.

                                                         Respectfully Submitted,

Dated: March 5, 2018          By:  /s/ Benjamin S. Thomassen
                                                     One of Plaintiffs' attorneys
                                                     Eve-Lynn J. Rapp
                                                     erapp@edelson.com
                                                     Ari J. Scharg
                                                     ascharg@edelson.com
                                                     Benjamin S. Thomassen

bthomassen@edelson.com
Schuyler R. Ufkes
sufkes@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Henry M. Scharg (P28804)
hmsattyatlaw@aol.com
LAW OFFICE OF HENRY M. SCHARG
718 Ford Building
Detroit, Michigan 48226
Tel: 248.596.1111
Fax: 248.496.1578

*Counsel for Plaintiffs and the Putative Class*

4:16-cv-12808-LVP-APP   Doc # 33   Filed 03/05/18   Pg 2 of 3   Pg ID 413

## CERTIFICATE OF SERVICE

  I, Benjamin S. Thomassen, an attorney, certify that on March 5, 2018, I served the above and foregoing document by causing true and accurate copies of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system.

               /s/ Benjamin S. Thomassen