IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ALICE RADEN and BOBBIE MOORE, individually and on behalf of the settlement classes,<br><br>Plaintiffs,<br><br>v.<br><br>MARTHA STEWART LIVING OMNIMEDIA, INC., a Delaware corporation, and MEREDITH CORPORATION, an Iowa corporation.<br><br>Defendants. | Case No.: 4:16-cv-12808<br><br>Hon. Linda V. Parker |

## INDEX OF EXHIBITS

- Exhibit 1:  Settlement Agreement
  - Exhibit 1-A: Claim Form
  - Exhibit 1-B: Direct Email Notice to Direct Purchaser Settlement Class
  - Exhibit 1-C: Direct Email Notice to Indirect Purchaser Settlement Class
  - Exhibit 1-D: Direct Postcard Notice to Direct Purchaser Settlement Class
  - Exhibit 1-E: Direct Postcard Notice to Indirect Purchaser Settlement Class
  - Exhibit 1-F: Settlement Website Long Form Notice
  - Exhibit 1-G: Stipulated Undertaking Re: Attorneys' Fees and Costs
- Exhibit 2:  Declaration of Ari J. Scharg
- Exhibit 3:  Declaration of Joseph F. Mahan

2

- o   Exhibit 3-A:  CAFA Notice
- o   Exhibit 3-B:  Email Notices to the Direct Purchaser Settlement Class and Indirect Purchaser Settlement Class, Postcard Notices to the Direct Purchaser Settlement Class and Indirect Purchaser Settlement Class, Claim Form, and Long Form Notice
- o   Exhibit 3-C:  List of Class Members Requesting Exclusion
- Exhibit 4:  Declaration of Alice Kitson (formerly Alice Raden)
- Exhibit 5:  Declaration of Bobbie Moore